**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| LICIA MAZEL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 6:15-cv-1382 |
| | ) |
| NAVIENT SOLUTIONS, INC. | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, LICIA MAZEL, through her attorneys, Hormozdi Law Firm, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, NAVIENT SOLUTIONS, INC., both sides to bear their own fees and costs.

RESPECTFULLY SUBMITTED,

April 1, 2016          By: /s/ Shireen Hormozdi
                                  Shireen Hormozdi
                                  Hormozdi Law Firm, LLC
                                  1770 Indian Trail Lilburn Road, Suite 175
                                  Norcross, GA 30093
                                  Tel: 678-395-7795
                                  Fax: 866-929-2434
                                  E-mail: shireen@hormozdilaw.com
                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On April 1, 2016, I electronically filed the Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of this filed document to Defendant.

                              By: /s/ Shireen Hormozdi
                                   Shireen Hormozdi